IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SANTIAGO ABREAU,            )
                            )
         Plaintiff,         )
                            )
     v.                     )   Case No. 15 C 8452
                            )
BUTCH MCGUIRE'S, INC.,      )
                            )
         Defendant.         )

## MEMORANDUM ORDER

This is one of several cases brought by plaintiff Santiago Abreau ("Abreau") in this District Court (this case and two others -- Abreau v. The Lodge Tavern, Inc., d/b/a The Lodge, Case No. 15 C 8287 and Abreau v. Take-Out, Inc., d/b/a Mario's Table, Case No. 15 C 8456 -- have been assigned to this Court's calendar via random assignment). Because Abreau has targeted a different defendant in each of his cases and asserts individualized claimed violations of the Americans with Disabilities Act in the several cases, they do not qualify for reassignment on relatedness grounds under this District Court's LR 40.4. Nonetheless this Court and its colleagues have adopted approaches in similar situations in an effort to assist the litigants in minimizing duplicative activity in multiple cases,[1] and the Abreau cases appear susceptible to such an arrangement.

Because this Court's colleague Honorable John Lee has the lowest-numbered Abreau case (Case No. 15 C 8284) assigned to his calendar via the same random assignment system, he has

---

[1] Such cost-saving and time-saving measures include, for example, (1) discovery oversight being undertaken by a single District Judge and (2) the avoidance of multiple duplicative depositions of the same witnesses or potential witnesses.

graciously undertaken the supervisory role as to discovery in this Court's three Abreau cases as well as his own. Accordingly all discovery matters in this action are ordered to be brought before Judge Lee in the first instance.[2] Meanwhile, no change is made in this Court's February 2, 2016 status hearing scheduled in this action for reporting purposes.

／s／ Milton I. Shadur
Milton I. Shadur
Senior United States District Judge

Date: December 2, 2015

---

[2] To the extent that it may develop that some aspects of discovery appear to call for separate action by this Court in one of its cases, it is anticipated that Judge Lee and this Court will confer as to establishing appropriate procedures.