UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Santiago Abreau
           Plaintiff,

v.                                         Case No.: 1:15−cv−08452
                                                  Honorable Milton I. Shadur

Butch McGuire's, Inc.
           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, February 5, 2016:

      MINUTE entry before the Honorable Milton I. Shadur:Status hearing set for 3/10/2016 is stricken. Pursuant to stipulation, this case is dismissed with prejudice, both parties to bear their own fees and costs. Mailed notice(clw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.